UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANDRELL BROWN,**

   Plaintiffs,

v.                                        **No. 4:25-cv-00739-P**

**LASALLE CORRECTIONS WEST, LLC, ET AL.,**

   Defendants.

### ORDER

On September 8, 2025, the Parties notified the Court that a settlement agreement was reached in this case. ECF No. 61. The Parties notified the Court that they anticipated filing appropriate dismissal documents by September 22, 2025.

Since the Parties have yet to file such documents, the Court **ORDERS** the Parties to submit appropriate settlement and dismissal documents by October 14, 2025.

**SO ORDERED** on this **8th day** of **October 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE