UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ANDRELL BROWN,

    Plaintiff,

v.                                                                No. 4:25-cv-00739-P

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    Defendants.

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss ("Motion"). Having reviewed the Motion and the applicable law, the Court concludes that the Motion should be, and it is hereby, **GRANTED**. All of Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED** on this **14th day of October 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE